**Gwennetta PRATT–MILLER; Curtis
Dawkins, Plaintiffs–Appellants,**

v.

**Sheriff Beth ARTHUR, Defendant–
Appellee,**

and

**Craig Patterson, individually and in his
Official Capacity; County of Arlington
Virginia; Arlington County Sheriff's
Office, Defendants.**

**No. 16-1045**

United States Court of Appeals,
Fourth Circuit.

Submitted: October 18, 2016

Decided: November 3, 2016

Sidney Schupak, LAW OFFICES OF SIDNEY SCHUPAK, LLC, Gaithersburg, Maryland, for Appellant. Alexander Francuzenko, Broderick Coleman Dunn, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

Before GREGORY, Chief Judge, and AGEE and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gwennetta Pratt–Miller and Curtis Dawkins seek to appeal the district court's order granting summary judgment for the Appellee but allowing the claims against the remaining Defendant to go forward. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order the Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED